UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

S.L.,

        Plaintiff,

  v.

CAMBRIAN SCHOOL DISTRICT,

        Defendant.

Case No. 5:15-cv-02108-BLF

**CASE MANAGEMENT ORDER**

On 10/29/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Stipulated Status Report due regarding Settlement | 02/04/2016 at 11:00 AM |
| Further Case Management Conference | 02/11/2016 at 11:00 AM |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

IT IS FURTHER ORDERED THAT the Parties are Referred to a Magistrate Judge for Settlement Discussions to be completed by 02/04/2016.

Dated:  10/29/2015

*(signature)*

BETH LABSON FREEMAN
United States District Judge