# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| S.L.,<br><br>        Plaintiff,<br><br>  v.<br><br>CAMBRIAN SCHOOL DISTRICT,<br><br>        Defendant. | Case No. 15-cv-02108-BLF<br><br>**ORDER (1) VACATING CASE MANAGEMENT CONFERENCE AND (2) TO PROVIDE STATUS UPDATE**<br><br>[Re: ECF 25] |

On January 13, 2016, the parties attended a settlement conference and reached a settlement. ECF 25. Accordingly, the Court VACATES the case management conference set for February 11, 2016. The Court ORDERS the parties to update the Court as to the status of the case in a joint submission on or before February 29, 2016. If the case is dismissed before February 29, 2016, the parties are not required to provide the Court with a status update.

**IT IS SO ORDERED.**

Dated: January 25, 2016

_____
BETH LABSON FREEMAN
United States District Judge